

In the United States District Court for the District of New Hampshire

Laurie Ortolano
Plaintiff

v.

The City of Nashua, New Hampshire, et al
Defendant

Civil Action No. 1:22-cv-00326-LM

June 17, 2025

Motion To Quash Plaintiff Laurie Ortolano's Subpoena to Appear and Testify Served on Kimberly Houghton because:

1. The subpoena is defective as it was not delivered to the "named" person, Kimberly Houghton, but rather delivered to her child while Mrs. Houghton was at work and not inside of her residence.
2. The subpoena is defective as it was not delivered within 14 days of notice, but rather delivered on June 16, 2025 – just eight days prior to the hearing or trial scheduled June 24, 2025.
3. The subpoena is defective as it did not attach the provisions of Fed. R. Civ. P. 45 as indicated.

For the reasons set forth herein, Kimberly Houghton respectfully requests this Honorable Court to quash the subpoena served on Kimberly Houghton. Attached is a copy of the subpoena referenced.

Respectfully Submitted,

*Kimberly C. Houghton*

Kimberly C. Houghton
7 Boxwood Rd.
Bedford, NH, 03110
khoughton117@gmail.com
603-236-2077

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| Laurie Ortolano | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:22-cv-00326-LM |
| The City of Nashua, New Hampshire, et al | ) | |
| Defendant | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Kimberly Houghton

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | U.S. District Court of New Hampshire<br>Warren B. Rudman U.S. Courthouse<br>55 Pleasant Street, Concord NH 03301 | Courtroom No.: 1 |
|---|---|---|
| | | Date and Time: 06/24/2025 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 06/13/2025

*CLERK OF COURT*

OR

_____        /s/ William Aivalikles
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Laurie Ortolano
_____, who issues or requests this subpoena, are:
William Aivalikles, Esq. 253 Main Street, Nashua, NH 03060
(603)880-0303
william@nhtriallaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).